**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Walter LEONARDO, Defendant–**
**Appellant.**

**No. 10–50382**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 6, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

The Supreme Court vacated the judgment and remanded the case for further consideration in light of *Tapia v. United States,* 564 U.S. ——, 131 S.Ct. 2382, 180 L.Ed.2d 357 (2011). The statement of the district judge at sentencing does support

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the contention that a longer sentence was given for medical care and the law is clear now that this was error. We therefore vacate the sentence and remand for resentencing.

Sentence VACATED; REMANDED for resentencing.